# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION AND THE UNITED STATES DEPARTMENT OF THE INTERIOR; THE STATE OF WASHINGTON THROUGH THE WASHINGTON DEPARTMENT OF ECOLOGY; MUCKLESHOOT INDIAN TRIBE; SUQUAMISH INDIAN TRIBE OF THE PORT MADISON RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL RECYCLING OF WASHINGTON, LLC; THE DAVID J. JOSEPH COMPANY; NUCOR STEEL SEATTLE, INC.,<br><br>Defendants. | Case No. 2:24-CV-00329-BJR<br><br>ORDER ENTERING CONSENT DECREE |

ORDER - 1 -

Comes now this Court, finding good cause, for the reasons set forth in Plaintiffs' Unopposed Motion to Enter Consent Decree (Dkt. No. 6), approves and enters the Consent Decree lodged with this Court on March 12, 2024 (Dkt. No. 3-1) as a final judgment in this action pursuant to Fed. R. Civ. P. 54 & 58. Accordingly, the Court has signed the Consent Decree attached to this Order.

SO ORDERED. Dated: July 15, 2024.

*Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER